UNITED STATES of America, Plaintiff–Appellee

v.

Cornelius James KELLY, Defendant–Appellant.

No. 10–31151 Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 21, 2011.

Camille Ann Domingue, Assistant U.S. Attorney, Daniel J. McCoy, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Angela Barbera Odinet, Lafayette, LA, for Defendant–Appellant.

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cornelius James Kelly has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Kelly has not filed a response. We have reviewed counsel's brief

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's alternative motion for leave to withdraw is DENIED as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under